**Dismissed and Opinion Filed October 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01164-CR

### DEONTAY RASHAD PHILLIPS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-70179-U**

## MEMORANDUM OPINION
Before Justices Bridges, Francis, and Myers

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the

motion. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and

that this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
151164F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

DEONTAY RASHAD PHILLIPS,
Appellant

No. 05-15-01164-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F14-70179-U.
Opinion delivered per curiam before Justices
Bridges, Francis, and Myers.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered October 5, 2015.